# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN LOPEZ, | Case No.: 2:25-CV-04423-PA-AGR |
|---|---|
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS BANK OF AMERICA, N.A. & NELSON AND KENNARD, LLP** |
| BANK OF AMERICA, N.A. and NELSON AND KENNARD, LLP, | |
| Defendants. | |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendants Bank of America, N.A. and Nelson and Kennard, LLP and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice against Defendants. Each party is to bear their own fees and costs.

**IT IS ORDERED.**

Dated: September 02, 2025

_____
Percy Anderson\
United States District Judge

- 1 -